**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA**,** | ) | **6:08-mj-00097-WMW** |
| _Plaintiff_**,** | ) | **ORDER OF DISMISSAL FOR** |
| | ) | **LEGITIMATE MISTAKE OF** |
| **v.** | ) | **FACT** |
| | ) | |
| Britta Uhlmann**,** | ) | |
| | ) | |
| _Defendant_**.** | ) | |
| _____ | ) | |

Pursuant to a Motion to Dismiss by the United States of America based on legitimate mistake of fact by the defendant, the Court hereby DISMISSES the charge against Britta Uhlmann.

IT IS SO ORDERED.

**Dated:  June 18, 2008**          _____/s/  William M. Wunderlich_____
                                    UNITED STATES MAGISTRATE JUDGE